IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



2008 JUL 25 AM 8: 50

| | | |
|---|---|---|
| SAFEWAY, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  08 - 460 |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE:

Defendant, Liberty Mutual Insurance Company, by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, hereby files this Notice of Removal of this case from the Superior Court of Delaware, In and For New Castle County, where it is now pending, to the United States District Court for the District of Delaware on the basis of diversity jurisdiction, and in support thereof avers as follows:

1. Plaintiff, Safeway, Inc., commenced this action by filing a Complaint for Declaratory Judgment on February 29, 2008 in the Superior Court of Delaware, In and For New Castle County, docketed as C.A. No. 08C-02-483 (JOH). (A copy of Plaintiff's Praecipe, Complaint for Declaratory Judgment and Entry of Appearance, filed on February 29, 2008, is attached hereto and marked as Exhibit "A").

2. The Complaint was served upon the Delaware Insurance Commissioner on June 24, 2008.

3. Plaintiff's Complaint asserts a claim for breach of contract and seeks the Court's determination that Defendant be found to owe Plaintiff "the coverage" afforded under the applicable policy of insurance and that Defendant be ordered to reimburse Plaintiff its costs for defending the underlying civil action. (See Exhibit "A").

4. The Complaint states that Plaintiff, Safeway, Inc., is a company organized and existing under the laws of the State of Delaware, with its principal place of business located at M/S 10501, P.O. Box 29093, Phoenix, Arizona 85038-9093. (Exhibit "A", ¶ 1). Therefore, upon information and belief, Plaintiff is a citizen of the State of Delaware.

5. Defendant, Liberty Mutual Insurance Company, is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02117.

6. Based upon the allegations of Plaintiff's Complaint, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff has demanded substantial damages for breach of contract, including, but not limited to, reimbursement for its costs of defending the underlying civil action, which is now pending in the Delaware Superior Court, In and For New Castle County as *Fagan v. Safeway, Inc.*, C.A. No. 06C-11-175 (JOH), and "the coverage" allegedly afforded under Commercial General Liability Policy No. TB2-131-503333-024, with liability limits of $1,000,000.00 per occurrence and $2,000,000.00 general aggregate. (Exhibit "A", ¶¶ 6,10 and Exhibit "A" thereto).

7. As such, this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

8. The present lawsuit is accordingly removable from the state court to the United States District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. This Notice of Removal has been filed within thirty (30) days after receipt by Defendant of the Complaint in accordance with 28 U.S.C. § 1446(b).

10. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

11. Promptly after filing with this Court and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Superior Court of Delaware, In and For New Castle County in accordance with 28 U.S.C. § 1446(d).

12. Copies of all process, pleadings and other Orders which have been received by Defendant in this action are filed herewith.

**WHEREFORE**, Defendant, Liberty Mutual Insurance Company, respectfully requests that it may effect the Removal of this action from the Superior Court of Delaware, In and For New Castle County to the United States District Court for the District of Delaware.

Respectfully submitted:

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: /s Tracy A. Burleigh
**TRACY A. BURLEIGH, ESQUIRE**
(DE I.D. No. 3609)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4304
**Attorney for Defendant,**
**Liberty Mutual Insurance Company**

DATED: July 24, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUL 25  AM 8:51

| | |
|---|---|
| SAFEWAY, INC., | : |
|     Plaintiff, | : CIVIL ACTION |
| v. | : NO. |
| LIBERTY MUTUAL INSURANCE COMPANY, | : |
|     Defendant. | : |

## AFFIDAVIT

I, TRACY A. BURLEIGH, ESQUIRE, being duly sworn according to law, depose and say that the facts set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

                BY: /s Tracy A. Burleigh
                **TRACY A. BURLEIGH, ESQUIRE**
                **(DE I.D. No. 3609)**
                **1220 North Market Street, 5th Floor**
                **P.O. Box 8888**
                **Wilmington, DE 19899**
                **(302) 552-4304**
                **Attorney for Defendant,**
                **Liberty Mutual Insurance Company**

DATED: July 24, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



2008 JUL 25 AM 8:51

| | | |
|---|---|---|
| SAFEWAY, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Tracy A. Burleigh, Esquire, hereby certify that I have served two (2) true and correct copies of the foregoing Notice of Removal and Notice to the Prothonotary of New Castle County upon the following individual via United States Mail, First Class, postage pre-paid,:

R. Stokes Nolte, Esquire
Reilly, Janiczek & McDevitt
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: /s Tracy A. Burleigh
**TRACY A. BURLEIGH, ESQUIRE
(DE I.D. No. 3609)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4304
Attorney for Defendant,
Liberty Mutual Insurance Company**

DATED: July 24, 2008

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:  N  K  S                    CIVIL ACTION NUMBER:_____
CIVIL CASE CODE: CDEJ____           CIVIL CASE TYPE: Declaratory Judgment____
                    (See Reverse Side for Code and Type)

| Caption: | Name and Status of Party Filing Document: |
|---|---|
| Safeway, Inc_____ | Safeway, Inc.,_____ |
| | Document Type: (e.g., Complaint, Answer with Counterclaim) |
| _____Plaintiffs,_____ | |
| | |
| _____v._____ | Complaint for Declaratory Judgment_____ |
| | |
| Liberty Mutual Insurance Co._____ | Non-Arbitration___XX_____ |
| | (Certificate of Value May Be Required) |
| _____Defendants._____ | |
| | Arbitration___ Mediation ___ Neutral Assessment___ |
| | |
| | Defendant (Circle One) ACCEPT    REJECT |
| | |
| | Jury Demand___X__Yes  _____No |
| | |
| | Track Assignment Requested: (Circle One) |
| | **EXPEDITED    STANDARD    COMPLEX** |
| Attorney Name(s): | Identify any related cases now pending in the Superior Court by caption and civil action number including judge's initials |
| R. Stokes Nolte, Esq_____ | |
| | _Fagan v. Safeway, CA. No.: 06C-11-175 (JOH)_ |
| 2301_____ | Explain the relationship(s): |
| Attorney ID(s): | |
| | _Defendant in this case, Safeway, is filing a Complaint for Declaratory Judgment against Liberty Mutual Ins. Co. for coverage in the Fagan v. Safeway case._ |
| Reilly Janiczek & McDevitt_____ | |
| Firm Name: | |
| | |
| 1010 N. Bancroft Parkway, Suite 21____ | |
| Address: | |
| | |
| Wilmington, DE 19805_____ | Other unusual issues that affect case management: |
| | |
| (302) 777-1700_____ | |
| Telephone Number: | |
| | |
| (302) 777-1705_____ | (If additional space is needed, please attach pages) |
| Fax Number: | |
| | |
| RNolte@nb-de.com_____ | |
| E-Mail Address: | |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.



EXHIBIT A

EFiled: Feb 29 2008 2:16 [ ]EST
Transaction ID 18807325
Case No. 08C-02-483 JOH

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| SAFEWAY, INC. | ) | |
| | ) | C.A. NO.: |
| Plaintiffs, | ) | |
| | ) | NON ARBITRATION |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| LIBERTY MUTUAL INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW, Safeway, Inc., by and through its undersigned counsel, and brings this Complaint for certain declaratory relief against defendant, Liberty Mutual Insurance Co., and states as alleges as follows:

1. Safeway, Inc. is a company organized and existing under the laws of the State of Delaware, with its principle place of business located at Safeway, Inc. - M/S 10501, P.O. Box 29093, Phoenix, AZ 85038-9093. At all times relevant to this action, Safeway Inc. was authorized to business in the State of Delaware.

2. Liberty Mutual is a foreign insurance company licensed to do business in the State of Delaware, and may be served by serving the Delaware Insurance Commisioner.

3. Valerio's Produce, Inc. is a foreign corporation operating in the State of Delaware.

4. Frank Fagan is a Florida resident, having brought suit in the State of Delaware for personal injuries that occurred in this State . That suit now pending in this Court, know as *Fagan v. Safeway*, C.A. No.: 06C-11-175 (JOH).

5. On or about March 9, 2005, Frank Fagan, was an employee of Valerio's Produce, Inc.. Mr. Fagan was making a delivery of produce to the Safeway store, located at 1101

Governor's Place, Bear, DE 19701, when he alleges to have slipped and fallen. Frank Fagan has brought the above mentioned suit against Safeway, Inc.

6. As part of the vendor agreement between Valerio's and Safeway, Inc., Valerio's was required to have Safeway, Inc. named as an additional insured under its general liability policy. Valerio's, in fact, obtained insurance coverage through defendant, Liberty Mutual Insurance Co., which listed Safeway, Inc. as an additional insured. Pursuant to the declarations page of the Valerio policy, Policy Number TB2-131-503333-024, (Exhibit A), Safeway, Inc. was named as an additional insured under the Valerio policy.

7. As noted above, Frank Fagan filed a Complaint against Safeway, Inc.,, seeking damages arising out of the injuries he sustained. As a result, Safeway, Inc. has requested coverage for this liability claim under the liability coverage afforded through the Liberty Mutual policy, but same has been wrongfully denied.

## COUNT I - BREACH

8. All allegations set forth in paragraphs 1 through 6 are incorporated herein as if set forth in full.

9. Defendant, Liberty Mutual Insurance Co., has wrongfully denied insurance coverage to Safeway, Inc. and is in breach of its contractual obligation pursuant to the policy of insurance.

10. Plaintiff has incurred substantial damages as a result of defendant's breach, including, but not limited to, costs of defense of the claim.

WHEREFORE, plaintiff demands that the Court determine that defendant be found to owe plaintiff the coverage afforded under the policy and that defendant be ordered to reimburse

Safeway, Inc. its costs of defending the Fagan suit to date.

                                                                                        */s/ R. Stokes Nolte*
                                                                                        R. Stokes Nolte, Esquire
                                                                                        1010 N. Bancroft Parkway
                                                                                        Suite 21
                                                                                        Wilmington, DE 19805
                                                                                       (302) 777-1700

Date:   2/29/08                                                  Attorney for Safeway, Inc

2502007006555400002

| Liberty Mutual<br>Fire Insurance Company | |  Liberty Mutual. | | COMMERCIAL GENERAL<br>LIABILITY DECLARATIONS | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>50 33 33 | SUB-ACCT NO.<br>0000 | Liberty Mutual Insurance Group/Boston | | | | | |
| POLICY NO.<br>TB2-131-503333-024 | TD/CD<br>42/5 | SALES OFFICE<br>WAYNE, PA | CODE<br>0300 | SALES REPRESENTATIVE<br>HODSON | CODE<br>7012 | N/R<br>1 | 1ST YR<br>2004 |

Item 1. Named Insured      Valerio's Produce, Inc.

Address             2600 Richmond Road
                    Hatfield, PA 19440

The named insured is:  Corporation

Business of named insured is:  Fresh Fruits and Vegetables

|  |  | Mo. | Day | Year |  | Mo. | Day | Year |
|---|---|---|---|---|---|---|---|---|
| Item 2. Policy Period | From | 03 | 09 | 2004 | to | 03 | 09 | 2005 |

12:01 A.M., standard time at the address of the named insured as stated herein.

Item 3. In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide the insurance as stated in this policy

**LIMITS OF INSURANCE**

| EACH OCCURRENCE LIMIT | $ | 1,000,000 | |
|---|---|---|---|
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ | 300,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ | 10,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ | 2,000,000 | |
| PRODUCTS / COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 1,000,000 | |

Deductible Endorsement   Yes ☐   No ☒

| TERRORISM RISK INSURANCE ACT | $ 100 |
|---|---|
| TOTAL ADVANCE PREMIUM | $ 11,283 |

The premium for this policy is payable $                in advance, $                on first anniversary
and $                on the second anniversary.

Audit Basis:   1 - At Expiration

The declarations are completed on the schedules designated Declarations Extension Schedules

These declarations, together with the Common Policy Conditions and Coverage Form(s) and any endorsement(s) complete the above numbered policy.

Forms and endorsements attached to this policy:  See attached forms and endorsements schedule

This policy, including all endorsements issued herewith, is hereby countersigned by _____

'N*4N00*                                                                                      Authorized Representative

| Loc. Code | Typed | Periodic Payment | Rating Basis | Audit Basis | Home State | Pol. H. G. | Renewal of |
|---|---|---|---|---|---|---|---|
|  | HP 03/30/2004 | $ | NR | 1 | PA | S- ☐ | New |

GPO 4081 R3

EFiled: Feb 29 2008 2:16<br>
Transaction ID 18807325<br>
Case No. 08C-02-483 JOH

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SAFEWAY, INC. : | |
| : | C. A. NO.: |
| Plaintiff, : | NON-ARBITRATION |
| : | |
| v. : | TRIAL BY JURY OF 12 DEMANDED |
| : | |
| LIBERTY MUTUAL INSURANCE CO., : | |
| _____: | |
| _____Defendant. : | |

TO: PROTHONOTARY

PLEASE ISSUE summons on Complaint for service by the Sheriff of Kent County by serving the Delaware Insurance Commissioner pursuant to 18 Del.C. §525 as follows:

Liberty Mutual Insurance Company
c/o Insurance Commissioner Matt Denn
841 Silver Lake Boulevard
Dover, DE 19904

/s/ R. Stokes Nolte
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for plaintiff

Date: 2/29/08

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SAFEWAY, INC.             :
                          :   C. A. NO.:
        Plaintiff,        :   NON-ARBITRATION
                          :
v.                        :   TRIAL BY JURY OF 12 DEMANDED
                          :
LIBERTY MUTUAL INSURANCE CO.,  :
                          :
        Defendant.        :
                    SUMMONS

**TO THE SHERIFF OF KENT COUNTY**
**THE STATE OF DELAWARE**
**YOU ARE COMMANDED:**

To summons the above named Defendant, Liberty Mutual Insurance Co., by serving same upon them at the Insurance Commissioner pursuant to 18 Del.C. §525 at his office, which is 841 Sliver Lake Boulevard, Dover, DE 19904, so that within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon R. Stokes Nolte, Esquire, plaintiff's attorney, whose address is Suite 21, 1010 N. Bancroft Parkway, Wilmington, DE 19805, an answer to the complaint.

To serve upon defendants a copy of hereof and the Complaint.

Dated: _____            _____
                                  Prothonotary

                                  _____
                                  Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In the case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgement by default will be rendered against you for the relief demanded in the complaint.

                                  _____
                                  Prothonotary

                                  _____
                                  Per Deputy

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| SAFEWAY, INC. | ) | |
| | ) | C.A. NO.: |
| | ) | NON ARBITRATION CASE |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE CO. | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of R. Stokes Nolte, Esquire on behalf of the plaintiff, Safeway, Inc., in the above caption matter.

/s/ R. Stokes Nolte
R. Stokes Nolte, Esquire
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Safeway, Inc.

Date: 2/29/08

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18807325 |
| **Submitted by:** | R Stokes Nolte, Reilly Janiczek & McDevitt PC |
| **Authorized by:** | R Stokes Nolte, Reilly Janiczek & McDevitt PC |
| **Authorize and file on:** | Feb 29 2008 2:16PM EST |

| | |
|---|---|
| **Court:** | DE Superior Court-New Castle County |
| **Case Class:** | Civil-Non Arbitration |
| **Case Type:** | CDEJ - Declaratory Judgment |
| **Case Name:** | Safeway, Inc. v. Liberty Mutual Insurance Co. |

| | |
|---|---|
| **Transaction Option:** | Originating Event |
| **Billing Reference:** | Fagan--dj action |

**Documents List**
**5 Document(s)**

**Attached Document, 1 Pages   Document ID: 22566076**    PDF Format | Original Format
Related Document ID: 22566077

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Case Information Statement | Public | $0.50 | |

**Document title:**
Case Information Statement

**Originating Document, 3 Pages   Document ID: 22566077**    PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Complaint | Public | $185.50 | |

**Document title:**
Complaint for Declaratory Judgment

**Attached Document, 1 Pages   Document ID: 22566078**    PDF Format | Original Format
Related Document ID: 22566077

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Praecipe | Public | $0.50 | |

**Document title:**
Praecipe

**Attached Document, 1 Pages   Document ID: 22566079**    PDF Format | Original Format
Related Document ID: 22566077

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Summons | Public | $0.50 | |

**Document title:**
Summons

**Attached Document, 1 Pages   Document ID: 22566080**    PDF Format | Original Format
Related Document ID: 22566077

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Entry of Appearance | Public | $0.50 | |

**Document title:**
Entry of Appearance for R. Stokes Nolte

Close All

**Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Safeway, Inc. | Plaintiff | Nolte, R Stokes | Reilly Janiczek & McDevitt PC | Attorney in Charge |

**Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Liberty Mutual Insurance Co. | Defendant | No Answer on File | Firm TBD | N/A |
| Safeway, Inc. | Plaintiff | Nolte, R Stokes | Reilly Janiczek & McDevitt PC | Attorney in Charge |





About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

**ORIGINAL**

JS-44 (Rev 11/04)  **CIVIL COVER SHEET**  08-460

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
2008 JUL 25 AM 8:55
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## I. (a) PLAINTIFFS
SAFEWAY, INC.

### DEFENDANTS
LIBERTY MUTUAL INSURANCE COMPANY

(b) County of Residence of First Listed Plaintiff: New Castle County, Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Boston, Massachusetts
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)

R. Stokes Nolte, Esquire
Reilly, Janiczek & McDevitt
1010 N. Bancroft Parkway, Suite 21, Wilmington, DE 19805
(302) 777-1700

Attorneys (If Known)

Tracy A. Burleigh, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor, Wilmington, DE 19801
(302) 552-4304

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒ 4. Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(Place An "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen of Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Franchise |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / Accommodations / **Habeas Corpus**: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities—Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 445 Amer. w/Disabilities—Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another District (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332; 28 U.S.C. §1441 and §1446

Brief description of cause:
Complaint for Declaratory Judgment and Breach of Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)  JUDGE: Delaware Superior Court, New Castle County    DOCKET NUMBER: C.A. 08C-02-483 (JOH)

DATE: 7/24/08

SIGNATURE OF ATTORNEY OF RECORD: *Tracy Burleigh*

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 6 0 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____/____ COPIES OF AO FORM 85.

____7/25/08____      ____Jessica O'connor____
(Date forms issued)     (Signature of Party or their Representative)

                            ____Jessica O'connor____
                            (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action