# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAFEWAY, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF SERVICE

I, TRACY A. BURLEIGH, ESQUIRE, being duly sworn according to law, depose and say that I am filing a true and correct certified copy of Defendant, Liberty Mutual Insurance Company's Notice of Removal, together with copies of the documents attached hereto, with the Prothonotary of New Castle County, Delaware via hand delivery on the below date.

                                                    MARSHALL, DENNEHEY, WARNER,
                                                    COLEMAN & GOGGIN

                                                    BY: /s Tracy A. Burleigh
                                                         **TRACY A. BURLEIGH, ESQUIRE**
                                                         **(DE I.D. No. 3609)**
                                                         **1220 North Market Street, 5th Floor**
                                                         **P.O. Box 8888**
                                                         **Wilmington, DE  19899**
                                                         **(302) 552-4304**
                                                         **Attorney for Defendant,**
                                                         **Liberty Mutual Insurance Company**

DATED: July 24, 2008

15/649655.v1